```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**BRIAN F. DRAKE,**

        Plaintiff,

   vs.                                          Civil Action 2:07-CV-1084
                                                   Judge Marbley
                                                   Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

<u>ORDER</u>

       Plaintiff's unopposed motion, Doc. No. 24, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412 ("EAJA"), is **GRANTED.**

       Plaintiff is **AWARDED** an attorney's fee under the EAJA in the total amount of $3,682.35.

                                                  *s/Algenon L. Marbley*
                                                   Algenon L. Marbley
                                          United States District Judge